# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Think Mutual Bank

Plaintiff,

v.                                                    Case No.: 1:14–cv–03105

Honorable John J. Tharp Jr.

Raymond J Wagner, Jr., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2015:

MINUTE entry before the Honorable John J. Tharp, Jr:Upon the defendants' agreed telephonic request, the status hearing is extended to 10/14/15 at 9:00 a.m. The parties continue to finalize the settlement. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.